IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action:   13-cv-02730-CMA-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date:              February 12, 2014 | Courtroom Deputy:    Courtni Covington |

| *Parties:* | *Counsel:* |
|---|---|
| MICHAEL WALTERS, *et al.*, | John R. Riley |
| | William D. Marler |
| Plaintiffs, | |
| v. | |
| TOWNSEND FARMS, INC., *et al.*, | Michael B. Sullivan |
| | Robert A. Binion |
| | Terence M. Ridley |
| | Carmine J. Pearl, II |
| Defendants. | Ryan C. Gill |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   TELEPHONIC STATUS CONFERENCE**
**Court in session:        9:04 a.m.**
Court calls case. Appearances of counsel.

The court addresses counsel regarding the purpose of the status conference and the pending motions in the case.

Discussion between the court and the counsel regarding the need for an extension of time for briefing on Defendant Purely Pomegranate, Inc.'s Motion to Dismiss [Doc No. 37], it being fully briefed before March 31, 2014, and mediation between the parties currently set later this month.

The court proposes Plaintiffs' Response brief be filed no later than March 7, 2014 and Defendant's Reply brief due by March 21, 2014. Counsel have no objection.

**ORDERED:**   *Unopposed Motion to Extend Plaintiffs' Deadline to File a Response to Purely Pomegranate's Motion to Dismiss* [Doc. No. 43, filed 1/31/2014] is **GRANTED in part** and **DENIED in part**. For good cause shown, the Motion is granted to the extent Plaintiffs' deadline for filing a Response is extended to **March 7, 2014**. The Motion is denied to the extent it seeks a further extension.

The court moves next to **Expedited Motion to Extend Case Schedule Deadlines** [Doc. No. 45].

Discussion held regarding the proposed amount of time for an extension and the status of related cases filed in other districts and in this court.

**ORDERED:** *Expedited Motion to Extend Case Schedule Deadlines* [Doc No. 45, filed 1/31/2014] is **DENIED**. The court will, however, **VACATE** all current deadlines in the case and **REQUIRE** the parties to submit written status reports (individually or collectively) **on or before March 17, 2014** advising the court of the progress made at mediation.

The court notes if the parties do not believe mediation will shortly resolve the case, the matter will be set for a scheduling conference to determine a phased discovery approach.

Further discussion regarding related cases before District Judge R. Brooke Jackson.

HEARING CONCLUDED.
**Court in recess:**     **9:27 a.m.**
Total time in court:     00:23

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.