**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 13-cv-02730-CMA-CBS

MICHAEL WALTERS, and
LISA WALTERS, a married couple,

    Plaintiffs,

v.

TOWNSEND FARMS, INC., an Oregon corporation doing business in Colorado, and
PURELY POMEGRANATE, INC., a California corporation,
FALLON TRADING CO., INC., a Pennsylvania corporation doing business in Colorado,
UNITED JUICE CORP., a New Jersey corporation doing business in Colorado, and
DOES 5 – 100, inclusive,

    Defendants.

_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE
_____

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Stipulated Dismissal Without Prejudice of All Claims (Doc. # 70), signed by the attorneys for the parties hereto, it is

ORDERED that this case is DISMISSED WITHOUT PREJUDICE, each party (with the exception of Defendant Purely Pomegranate, Inc.) to pay his, her or its own attorney fees and costs.  Defendant Purely Pomegranate may file a motion for costs and fees for the Court's consideration in accordance with the Federal Rules of Civil Procedure.  Any such motion shall be filed on or before August 4, 2014.

DATED:  July __25__, 2014

                                                BY THE COURT:

                                                _____
                                                CHRISTINE M. ARGUELLO
                                                United States District Court Judge